```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                        │
                                              │ DOCUMENT                         │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED             │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #:_____    │
--------------------------------------X       │ DATE FILED: 10/01/2021           │
21647 LLC,                            :       └─────────────────────────────────┘
                                      :
                     Plaintiff,       :
                                      :               ORDER
        - against -                   :
                                      :
GEORGE GALLETTI,                      :        21 Civ. 6885 (VM)
                                      :
                     Defendants.      :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than October 22, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.


Dated:      October 1, 2021
            New York, New York


                                        _____
                                              Victor Marrero
                                              U.S.D.J.