

**Christopher A. Gorman, Esq.**
**Partner**
cgorman@abramslaw.com

March 28, 2022

<u>VIA ECF</u>
Honorable Victor Marrero
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *21647 LLC v. Galletti*
          Docket No.: 1:21-cv-06885

Dear Judge Marrero:

    This law firm is counsel to the plaintiff, 21647 LLC ("plaintiff"), in the above-referenced matter. Plaintiff writes pursuant to Your Honor's Individual Rules to request an adjournment of the Case Management Conference currently scheduled to take place on April 1, 2022. Counsel for both plaintiff and defendant have engaged in extensive settlement discussions and the parties are awaiting final approval and party signatures on a proposed stipulation of settlement. While it is our expectation that the settlement papers will be finalized in short order, in an attempt to preserve judicial resources, we request that the Case Management Conference be adjourned, with the hope that an adjournment date will obviate the need for any such conference at all.

    We have sought, and received, defendant's consent on the proposed adjournment. Plaintiff, therefore, requests that this Court grant plaintiff's application for a thirty-one (31) day adjournment of the Case Management Conference, from April 1, 2022, to May 2, 2022. This request is plaintiff's first application for an adjournment of the date upon which the Case Management Conference is to occur.

    If Your Honor should have any questions, please do not hesitate to contact me. We thank the Court in advance for its attention to and anticipated courtesies in connection with this matter.



March 28, 2022
Page 2

_____

                                                            Respectfully submitted,

                                                            */s/ Christopher A. Gorman*
                                                            Christopher A. Gorman

Cc: All counsel of record via ECF

```
Plaintiff's request for an adjournment of the April 1,
2022 conference in this matter is hereby GRANTED. The
case management conference is rescheduled for May 6,
2022 at 1:30 p.m.

SO ORDERED.

Dated: 29 March 2022
       New York, New York           Victor Marrero
                                      U.S.D.J.
```